PER CURIAM.
Nicholas Zahareas, Euroamerican Securities, S.A., John M. Tuschner, and Tuschner & Co. appeal the district court’s[1] order granting a preliminary injunction to the Securities and Exchange Commission (SEC) and denying their motions to dismiss for lack of personal and subject-matter jurisdiction. Zahareas is currently subject to a 1993 SEC bar order prohibiting him from associating with a broker or dealer. The preliminary injunction (1) mandates that Zahareas comply with the 1993 bar order and enjoins him from associating with a broker or dealer; (2) enjoins Tuschner & Co. from permitting a person subject to a bar order to become associated with Tuschner & Co.; and (3) enjoins Zahareas, Tuschner and their agents from aiding and abetting any violations of 15 U.S.C. § 78o(b)(6)(B)(i) and (ii).
After careful review of the record and the parties’ briefs, we affirm for the reasons set forth in the district court’s opinion. See 8th Cir. R. 47B.

. The Honorable David S. Doty, United States District Judge for the District of Minnesota.